OPINION — AG — A TAXING ORDINANCE WHICH IS SUBSTANTIALLY SIMILAR TO ONE DEFEATED BY THE VOTERS OF A CITY OR TOWN MAY NOT BE SUBMITTED TO VOTE SOONER THAN THE DEFEATED ORDINANCE COULD BE RESUBMITTED UNDER 68 O.S. 1965 Supp., 2705 [68-2705], WHETHER AN ORDINANCE IS SUBSTANTIALLY SIMILAR TO ONE PREVIOUSLY DEFEATED IS A FACTUAL DETERMINATION WHICH WOULD DEPEND UPON THE FACTS AND CIRCUMSTANCES OF EACH PARTICULAR CASE. CITE: 11 O.S. 1961 61 [11-61] (JAMES FUSON)